■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN THOMAS, Appellant. [9 NYS3d 38]—

Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered March 21, 2012, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's constitutional speedy trial claim is unreviewable because he has not supplied minutes for the great majority of the adjournments in this case (*see People v Arroyo*, 93 AD3d 608, 609 [1st Dept 2012], *lv denied* 19 NY3d 957 [2012]). Contrary to defendant's argument, these minutes are necessary because of their bearing on the critical issue of the reasons for the delay.

To the extent the present record permits review, we conclude, after considering the factors set forth in *People v Taranovich*

(37 NY2d 442, 445 [1975]), that defendant's constitutional right to a speedy trial was not violated. Although the 27-month delay between defendant's arrest and guilty plea was lengthy, almost all of that delay is attributable to defendant's extensive motion practice and adjournment requests, as well as competency proceedings and complications arising from defendant's choice to represent himself (*see People v Parris*, 106 AD3d 555, 556 [1st Dept 2013], *lv denied* 21 NY3d 1018 [2013]). Furthermore, defendant has not established that he was prejudiced by the delay. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Clark, JJ.